1  George Richard Baker (SBN 224003)
   **BAKER LAW, P.C.**
2  2229 1st Avenue North
3  Birmingham, AL 35203
   Telephone: 205.241.9608
4  Facsimile: 205.449.0050
   E-mail: richard@bakerlawpc.com
5
   Attorney for Plaintiff
6
   **MONET PARHAM**
7
   Randall Allen (SBN 264067)
8  Palani Rathinasamy (SBN 269852)
   **ALSTON & BIRD LLP**
9  275 Middlefield Road, Suite 150
10 Menlo Park, California 94025
   Telephone:  (650) 838-2000
11 Facsimile:  (650) 838-2001
   E-mail: randall.allen@alston.com
12 E-mail: palani.rathinasamy@alston.com

13 Attorneys for Defendants
14
   **McDONALD'S CORPORATION and
15 McDONALD'S USA, LLC**

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20

| | |
|---|---|
| 21  MONET PARHAM, on behalf of herself and those similarly situated, | |
| 22  | Case No.: 11-cv-0511-DMR |
| 23          Plaintiff, | |
| 24     v. | ORDER ON **STIPULATION EXTENDING TIME TO ANSWER OR RESPOND TO AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE** |
| 25  McDONALD'S CORPORATION, and McDONALD'S USA, LLC, | |
| 26  | |
| 27          Defendants. | |

28

MCDONALDS_ Joint Stip for Extending Time to Answer_1 (5)-2

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 6-1(a), Plaintiff Monet Parham ("Plaintiff") and Defendants McDonald's Corporation and McDonald's USA, LLC ("McDonald's") (collectively, "Parties"), through their counsel of record, hereby stipulate to an extension of time for McDonald's to answer or otherwise respond to the Amended Complaint in the above-captioned action. Specifically, the Parties have agreed to the following briefing schedule:

- McDonald's Deadline to Answer/File Motion to Dismiss- **March 28, 2011**
- Plaintiff's Deadline to Respond to McDonald's Motion to Dismiss- **May 12, 2011**
- McDonald's Deadline to Reply in Support of Its Motion to Dismiss- **June 1, 2011**

Dated: February 7, 2011                     Respectfully submitted,

BAKER LAW P.C.                              ALSTON + BIRD, LLP


By:   /s/ George Richard Baker              By:   /s/ Palani P. Rathinasamy

George Richard Baker                        Palani Rathinasamy
MONET PARHAM                                McDONALD'S CORPORATION and
                                            McDONALD'S USA, LLC



-2-                                         STIPULATION FOR EXTENSION OF TIME
                                            CASE NO. 11-cv-00511-DMR