UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
2011 FEB -9 P 1:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONET PARHAM, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>McDONALD'S CORPORATION, and McDONALD'S USA, LLC,<br><br>Defendants. | Case No.: 11-cv-00511-MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Scott A. Elder, an active member in good standing of the bar of the Supreme Court of Georgia, whose business address and telephone number (particular court to which applicant is admitted) is, Supreme Court of Georgia, 244 Washington Street, Room 572, State Office Annex Building, Atlanta, Georgia 30334, Tel.: (404) 656-3470, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants McDonald's Corporation and McDonald's USA, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

DATED: February 17, 2011

_____
Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE