| | |
|---|---|
| RANDALL L. ALLEN (SBN 264067)<br>randall.allen@alston.com<br>PALANI P. RATHINASAMY (SBN 269852)<br>palani.rathinasamy@alston.com<br>**ALSTON & BIRD LLP**<br>275 Middlefield Road, Suite 150<br>Menlo Park, CA 94025-4008<br>Telephone:   650-838-2000<br>Facsimile:   650-838-2001 | George Richard Baker (SBN 224003)<br>**BAKER LAW, P.C.**<br>2229 1st Avenue North<br>Birmingham, AL 35203<br>Telephone: 205.241.9608<br>Facsimile: 205.449.0050<br>E-mail: richard@bakerlawpc.com<br><br>Attorney for Plaintiff<br>MONET PARHAM |

JANE FUGATE THORPE (*Pro Hac Vice*)
jane.thorpe@alston.com
SCOTT A. ELDER (*Pro Hac Vice*)
scott.elder@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:   404-881-7000
Facsimile:   404-881-7777

Attorneys for Defendants
MCDONALD'S CORPORATION and
MCDONALD'S USA, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONET PARHAM, on behalf of herself and those similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>McDONALD'S CORPORATION, and McDONALD'S USA, LLC.,<br><br>  Defendants. | Case No.: 3:11-cv-00511-MMC<br><br>**ORDER RE:**<br>**STIPULATED REQUEST FOR**<br>**REVISED SCHEDULING ORDER** |

Pursuant to Civil L.R. 6-2(a), Plaintiff Monet Parham ("Plaintiff") and Defendants McDonald's Corporation and McDonald's USA, LLC ("Defendants") (collectively, "Parties"), through their counsel of record, hereby make a stipulated request for an order setting the following schedule and changing the schedule entered by this Court on February 9, 2011 [Dkt # 15].

1  Plaintiff and Defendants have completed a deposition of a McDonald's representative relevant to
2  the amount in controversy.  Plaintiff is contemplating filing a remand motion in light of that
3  discovery.  The Parties have agreed to an extension of McDonald's motion to dismiss deadline.
4  Specifically, the Parties have agreed to the following schedule:
5  • Defendants' Deadline to File Motion to Dismiss- **April 18, 2011**
6  • Plaintiff's Deadline to Respond to Motion to Dismiss- **June 2, 2011**
7  • Defendants' Deadline to Reply In Support of Motion to Dismiss- **June 22, 2011**
8  The Parties also respectfully request that the Court postpone its Case Management
9  Conference set for May 20, 2011 [Dkt # 14] until after this Court rules on any motion to dismiss
10 or remand motion.

11 DATED:  March 23, 2011           Respectfully submitted,

12                                  ALSTON & BIRD LLP

14                                  By:  */s/ Scott A. Elder*
                                         Scott A. Elder
15                                  Attorneys for Defendants
                                    McDONALD'S CORPORATION and
16                                  McDONALD'S USA, LLC

17 DATED:  March 23, 2011           Respectfully submitted,

18                                  BAKER LAW P.C.

20                                  By:  */s/ George Richard Baker*
                                         George Richard Baker
21                                  Attorneys for Plaintiff
                                    MONET PARHAM

Pursuant to the stipulation, defendants' deadline to file a motion to dismiss is April 18, 2011, plaintiff's deadline to respond to defendants' motion is June 2, 2011, and defendants' deadline to reply in support of their motion is June 22, 2011; the Case Management Conference scheduled for May 20, 2011 is continued to July 29, 2011.
 IT IS SO ORDERED

 Dated:  March 25, 2011                    _____
                                           MAXINE M. CHESNEY
                                           United States District Judge

STIPULATED REQUEST FOR REVISED SCHEDULING ORDER   2                Case No. 3:11-cv-00511 MMC

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Palani P. Rathinasamy, attest that concurrence in the filing of this document has been obtained.

*/s/ Palani P. Rathinasamy*

Palani P. Rathinasamy
