IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONET PARHAM, on behalf of herself and those similarly situated, | No. C 11-511 MMC |
| Plaintiff, | **ORDER DENYING STIPULATED REQUEST FOR PAGE LIMIT EXTENSION** |
| v. | |
| McDONALD'S CORPORATION, and McDONALD'S USA, LLC., | |
| Defendants. | |

    Before the Court is the stipulation, filed April 8, 2011 on behalf of plaintiff and defendants, by which the parties request the Court extend the page limits, to 30 pages each, for defendants' motion to dismiss and plaintiffs' opposition thereto.

    The stipulated request is hereby DENIED, for the reason the parties have failed to show good cause exists for the requested extensions. See Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 7 (providing changes with respect to procedural matters granted "only upon a showing of good cause").

    **IT IS SO ORDERED**.

Dated: April 12, 2011

_____
MAXINE M. CHESNEY
United States District Judge