| | |
|---|---|
| RANDALL L. ALLEN (SBN 264067)<br>randall.allen@alston.com<br>PALANI P. RATHINASAMY (SBN 269852)<br>palani.rathinasamy@alston.com<br>**ALSTON & BIRD LLP**<br>275 Middlefield Road, Suite 150<br>Menlo Park, CA 94025-4008<br>Telephone:     650-838-2000<br>Facsimile:     650-838-2001 | GEORGE RICHARD BAKER (SBN 224003)<br>richard@bakerlawpc.com<br>**BAKER LAW, P.C.**<br>2229 1st Avenue North<br>Birmingham, AL 35203<br>Telephone: 205.241.9608<br>Facsimile: 205.449.0050<br><br>Attorney for Plaintiff<br>MONET PARHAM |

JANE FUGATE THORPE (*Pro Hac Vice*)
jane.thorpe@alston.com
SCOTT A. ELDER (*Pro Hac Vice*)
scott.elder@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     404-881-7000
Facsimile:     404-881-7777

Attorneys for Defendants
MCDONALD'S CORPORATION and
MCDONALD'S USA, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONET PARHAM, on behalf of herself and those similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>McDONALD'S CORPORATION, and McDONALD'S USA, LLC.,<br><br>        Defendants. | Case No.: 3:11-cv-00511-MMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR REVISED SCHEDULING ORDER; DEEMING MOTION TO DISMISS WITHDRAWN WITHOUT PREJUDICE** |

   The Court has received the Parties Stipulated Request for Revised Scheduling Order.

Good cause appearing, the Request for Revised Scheduling Order is

   GRANTED.

1    IT IS HEREBY ORDERED that the following schedule be entered:

2    Plaintiff's Deadline to File Motion to Remand- **April 25, 2011**

3    Defendants' Deadline to Respond to Plaintiff's Motion to Remand- **May 31, 2011**

4    Plaintiff's Deadline to Reply in Support of Motion to Remand- **June 30, 2011**

5    Hearing on Motion to Remand- **July 15, 2011 at 9:00 a.m**.

6    Defendants' Deadline to File Motion to Dismiss- **Date of Order denying remand + 21 days**

8    Plaintiff's Deadline to Respond to Motion to Dismiss- **Date of Order denying remand + 66 days**

10   Defendants' Deadline to Reply In Support of Motion to Dismiss- **Date of Order denying remand + 86 days** [1]

12   DATED: April  20, 2011

_____
UNITED STATES DISTRICT JUDGE

LEGAL02/32578689v1

---

[1] In light of the above, the Court deems defendants' motion to dismiss, filed April 18, 2011 and noticed for hearing June 24, 2011, WITHDRAWN without prejudice to refiling.