IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONET PARHAM, on behalf of herself and those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>McDONALD'S CORPORATION, and McDONALD'S USA, LLC.,<br><br>    Defendants.<br>_____/ | No. C 11-511 MMC<br><br>**ORDER DENYING APPLICATION FOR ADMISSION PRO HAC VICE BY STEPHEN H. GARDNER** |

    Before the Court is the application for admission pro hac vice of Stephen H. Gardner ("Gardner"), filed April 11, 2011. Gardner requests waiver of Civil Local Rule 11-3(a)(4)'s requirement, for admission pro hac vice, that "an attorney, identified by name, . . . who maintains an office within the State of California, is designated as co-counsel," on the ground that, "[s]ince [p]laintiff is involuntarily in this jurisdiction, and may not remain in this jurisdiction, she should not be required to retain local counsel." (See App. at ¶ 4.)

    The rule, however, provides for no exceptions, and to recognize an exception based on an asserted lack of merit of the opposing party's case, whether procedural or substantive, would be ill-advised.

    Accordingly, the application is hereby DENIED, and Gardner must either obtain co-counsel with an office in California or gain admission to the bar of this court. In the interim,

all filings by plaintiff shall be made by Gardner's co-counsel, who is member of the bar of this court.

**IT IS SO ORDERED**.

Dated: April 27, 2011

_____
MAXINE M. CHESNEY
United States District Judge