1  RANDALL L. ALLEN (SBN 264067)
   randall.allen@alston.com
2  PALANI P. RATHINASAMY (SBN 269852)
   palani.rathinasamy@alston.com
3  **ALSTON & BIRD LLP**
   275 Middlefield Road, Suite 150
4  Menlo Park, CA 94025-4008
   Telephone:    650-838-2000
5  Facsimile:    650-838-2001

6  JANE FUGATE THORPE (*Pro Hac Vice*)
   jane.thorpe@alston.com
7  SCOTT A. ELDER (*Pro Hac Vice*)
   scott.elder@alston.com
8  **ALSTON & BIRD LLP**
   1201 West Peachtree Street
9  Atlanta, GA 30309
   Telephone:    404-881-7000
10 Facsimile:    404-881-7777

11 Attorneys for Defendants
   MCDONALD'S CORPORATION and
12 MCDONALD'S USA, LLC.

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

18 | MONET PARHAM, on behalf of herself and those similarly situated, | Case No.: 3:11-cv-00511-MMC |
   | --- | --- |
19 | | **[PROPOSED]** ORDER REQUIRING PARTIES TO FILE DESIGNATED PORTIONS OF THE DEPOSITION OF PETER STERLING UNDER SEAL. |
20 | Plaintiff, | |
21 | v. | |
22 | McDONALD'S CORPORATION, and McDONALD'S USA, LLC., | |
23 | Defendants. | |
24

25     The Court has received and reviewed Plaintiff's Administrative Motion to File the

26 Deposition of Peter Sterling Under Seal and McDonald's Corporation and McDonald's USA

27 LLC's Response to Plaintiff's Administrative Motion to File the Deposition of Peter Sterling

28 Under Seal, and the attached exhibits. Good cause appearing, IT IS HEREBY ORDERED that the

1  following pages and lines of Mr. Peter Sterling's deposition shall remain under seal:

2
- 11:3-7

3
- 12:3-19

4
- 13:9-22

5
- 14:15-15:1

6
- 16:4-18:2

7
- 25:13-18

8
- 26:10-14

9
- 58:6-22

10
- 68:12-16

11
- 74:1-8

12
- 75:2-20

13
- 78:11-18

14
- 80:5-22

15
- 81:6-82:7

16
- 82:24-83:13

17
- 83:14-84:1

18
- 85:2-86:3

19
- 86:4-90:6

20
- 90:13-91:14

21
- 95:16-19

22
- 105:6-106:9

23
- 109:17-110:12

24
- 111:17-117:9

25
- 119:6-120:11

26
- 120:12-122:21

27
- 124:3-10

28
- 125:18-126:4

1  - 126:5-17
2  - 127:16-128:8
3  - 128:24-129:13
4  - 130:10-17
5  - 131:10-132:8
6  - 132:9-133:3
7  - 133:24-134:4
8  - 134:14-16

**IT IS SO ORDERED**

DATED: April 28, 2011

_____
UNITED STATES DISTRICT JUDGE