IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONET PARHAM, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>McDONALD'S CORPORATION, and McDONALD'S USA, LLC.,<br><br>Defendants. / | No. C 11-0511 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO ELECTRONICALLY FILE DOCUMENT UNDER SEAL** |

The Court is in receipt of redacted and unredacted copies of the transcript of the deposition of Peter Sterling ("transcript"), lodged with the Clerk of Court on May 2, 2011. By order filed April 28, 2011, the Court granted plaintiff's motion to file designated portions of the transcript under seal. Plaintiff, however, did not do so and, instead, lodged the transcript as noted.

Accordingly, plaintiff is hereby DIRECTED to electronically file, no later than May 6, 2011, the unredacted version of the transcript under seal. See General Order No. 62 ("If a motion to file under seal is granted in part or full, the requesting party will e-file the document under seal according to the procedures outlined in the FAQs on the ECF website."). Plaintiff is further DIRECTED to electronically file in the public record, no later than May 6, 2011, a version of the transcript, redacted in accordance with the Court's April

28, 2011 order.

**IT IS SO ORDERED.**

Dated: May 3, 2011

_____
MAXINE M. CHESNEY
United States District Judge