| | |
|---|---|
| 1 | RANDALL L. ALLEN (SBN 264067) |
| | randall.allen@alston.com |
| 2 | PALANI P. RATHINASAMY (SBN 269852) |
| | palani.rathinasamy@alston.com |
| 3 | **ALSTON & BIRD LLP** |
| | 275 Middlefield Road, Suite 150 |
| 4 | Menlo Park, CA 94025-4008 |
| | Telephone:     650-838-2000 |
| 5 | Facsimile:     650-838-2001 |

JANE FUGATE THORPE (*Pro Hac Vice*)
jane.thorpe@alston.com
SCOTT A. ELDER (*Pro Hac Vice*)
scott.elder@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     404-881-7000
Facsimile:     404-881-7777

Attorneys for Defendants
MCDONALD'S CORPORATION and
MCDONALD'S USA, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONET PARHAM, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>McDONALD'S CORPORATION, and McDONALD'S USA, LLC.,<br><br>Defendants. | Case No.: 3:11-cv-00511-MMC<br><br>[PROPOSED] ORDER GRANTING MCDONALD'S AMENDED STIPULATED ADMINISTRATIVE MOTION TO FILE PORTIONS OF MCDONALD'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND CERTAIN SUPPORTING PAPERS UNDER SEAL; DIRECTIONS TO CLERK |

The Court has received and reviewed McDonald's Amended Stipulated Administrative Motion to File Portions of McDonald's Opposition to Plaintiff's Motion to Remand and Certain Supporting Papers Under Seal. Good cause appearing, the motion is GRANTED.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the following can be filed under seal: (1) the requested portions of McDonald's Opposition; (2) the requested portions of the Supplemental Sterling Declaration; (3) McDonald's Cost Calculation Chart, attached as an exhibit to the Supplemental Sterling Declaration; (4) McDonald's 2011 Youth Happy Meal Plan, attached as an exhibit to the Supplemental Sterling Declaration and the Ferschinger Declaration; and (5) the Cost Per Gross Ratings Point Data, attached as an exhibit to the Supplemental Sterling Declaration and the Carmody Declaration.

The stipulation, however, does not provide for the filing under seal of two declarations submitted in support of the stipulated motion, specifically, the "Declaration of Peter Sterling in Support of Parties' Stipulated Administrative Motion" and the "Declaration of Chip Carmody In Support of Administrative Motion." Further, no court order has been requested, let alone issued, that permits either such declaration to be filed under seal, nor are any grounds for such sealing apparent from the documents themselves. See Civil L.R. 79-5(a) (providing "[n]o document may be filed under seal, . . . except pursuant to a Court order that authorizes the sealing of the particular document, or portions thereof").

Accordingly, the Clerk is hereby DIRECTED to unseal the above-referenced declarations of Peter Sterling and Chip Carmody and to file said documents in the public record.

DATED: June  3 , 2011

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE