| | |
|---|---|
| 1 | **George Richard Baker, Esquire (SBN 224003)** |
| 2 | richard@bakerlawpc.com |
|   | Baker Law, P.C. |
| 3 | 2229 1st Avenue North |
|   | Birmingham, AL 35203 |
| 4 | 205.241.9608 (telephone) |
|   | 205.449.0050 (facsimile) |

**Stephen Henry Gardner, Esquire (*pro hac vice*, TBD)**
sgardner@cspinet.org
Center for Science in the Public Interest
5646 Milton Street, Suite 211
Dallas, TX 75206
214.827.2774 (telephone)
214.827.2787 (facsimile)

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MONET PARHAM, on behalf of herself and those similarly situated, | CASE NO.: 3:11-cv-00511-MMC |
| Plaintiff, | |
| vs. | ~~(Proposed)~~ ORDER GRANTING RENEWED APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* BY STEPHEN H. GARDNER |
| McDONALD'S CORPORATION and McDONALD'S USA, LLC, | |
| Defendants. | |

Stephen H. Gardner, whose business address and telephone number is: 5646 Milton Street, Suite 211, Dallas, Texas 75206, 214-827-2774, and who is an active member in good standing of the bars of the United States Supreme Court and other federal and state courts, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff in this matter,

(Proposed) Order Granting RENEWED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE BY STEPHEN H. GARDNER;
CASE NO. 3:11-cv-00511-MMC

1

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
3  appearance pro hac vice. Service of papers upon and communication with co-counsel
4  designated in the application will constitute notice to the party. All future filings in this
5  action are subject to the requirements contained in General Order No. 45, Electronic
6  Case Filing.
7
8
9  Dated:   June 6, 2011                               _____
                                                        Hon. Maxine M. Chesney
10                                                      United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28