RANDALL L. ALLEN (SBN 264067)
randall.allen@alston.com
PALANI P. RATHINASAMY (SBN 269852)
palani.rathinasamy@alston.com
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone:    650-838-2000
Facsimile:     650-838-2001

JANE FUGATE THORPE (*Pro Hac Vice*)
jane.thorpe@alston.com
SCOTT A. ELDER (*Pro Hac Vice*)
scott.elder@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:    404-881-7000
Facsimile:     404-881-7777

Attorneys for Defendants
MCDONALD'S CORPORATION and
MCDONALD'S USA, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONET PARHAM, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>McDONALD'S CORPORATION, and McDONALD'S USA, LLC.,<br><br>Defendants. | Case No.: 3:11-cv-00511-MMC<br><br>**[PROPOSED] ORDER GRANTING MCDONALD'S ADMINISTRATIVE MOTION TO PREVENT DISCLOSURE OF INFORMATION FILED UNDER SEAL DURING THE HEARING ON PLAINTIFF'S MOTION TO REMAND** |

The Court has received and reviewed McDonald's Administrative Motion to Prevent Disclosure of Information Filed Under Seal During the Hearing on Plaintiff's Motion to Remand. Good cause appearing, the motion is

GRANTED.

1   IT IS HEREBY ORDERED that the Parties are directed not to disclose information filed
2   under seal with the Court during the July 15, 2011 hearing on Plaintiff's Motion to Remand.
3   Dated: July 11, 2011

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE