1   RANDALL L. ALLEN (SBN 264067)
    randall.allen@alston.com
2   PALANI P. RATHINASAMY (SBN 269852)
    palani.rathinasamy@alston.com
3   **ALSTON & BIRD LLP**
    275 Middlefield Road, Suite 150
4   Menlo Park, CA 94025-4008
    Telephone:     650-838-2000
5   Facsimile:     650-838-2001

6   JANE FUGATE THORPE (*Pro Hac Vice*)
    jane.thorpe@alston.com
7   SCOTT A. ELDER (*Pro Hac Vice*)
    scott.elder@alston.com
8   **ALSTON & BIRD LLP**
    1201 West Peachtree Street
9   Atlanta, GA 30309
    Telephone:     404-881-7000
10  Facsimile:     404-881-7777

11  Attorneys for Defendants
    MCDONALD'S CORPORATION and
12  MCDONALD'S USA, LLC.

        GEORGE RICHARD BAKER (SBN 224003)
        richard@bakerlawpc.com
        **BAKER LAW, P.C.**
        2229 1st Avenue North
        Birmingham, AL 35203
        Telephone: 205.241.9608
        Facsimile: 205.449.0050

        STEVEN M. SHERMAN (SBN 164620)
        steven@shermanbusinesslaw.com
        **SHERMAN BUSINESS LAW**
        220 Montgomery Street, 15th Floor
        San Francisco, CA 94104
        Telephone: 415-403-1660
        Facsimile: 415-397-1577

        STEPHEN HENRY GARDNER (*Pro Hac Vice*)
        sgardner@cspinet.org
        **CENTER FOR SCIENCE IN THE PUBLIC
        INTEREST**
        5646 Milton Street, Suite 211
        Dallas, TX 75206
        Telephone: 214-827-2774
        Facsimile: 214-827-2787

        Attorneys for Plaintiff
        MONET PARHAM

13
14
15                        UNITED STATES DISTRICT COURT
16                        NORTHERN DISTRICT OF CALIFORNIA
17                            SAN FRANCISCO DIVISION
18
19

20  MONET PARHAM, on behalf of herself and
    those similarly situated,

21                Plaintiff,

22         v.

23  McDONALD'S CORPORATION, and
    McDONALD'S USA, LLC.,
24

25                Defendants.

26

        Case No.: 3:11-cv-00511-MMC

        [PROPOSED] ORDER GRANTING
        STIPULATED REQUEST FOR
        REVISED SCHEDULING ORDER

27
        The Court has received the Parties Stipulated Request for Revised Scheduling Order.
28

1    Good cause appearing, the Request for Revised Scheduling Order is

2        GRANTED.

3

4    PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that and the Case Management

5    Conference is continued and discovery is stayed pending resolution of Defendants' Motion to

6    Dismiss and that following schedule be entered:

7    • Defendants' Deadline to File Motion to Dismiss- **Date of Order denying remand + 21**

8    **days**

9    • Plaintiff's Deadline to Respond to Motion to Dismiss- **Date of Order denying remand +**

10   **66 days**

11   • Defendants' Deadline to Reply In Support of Motion to Dismiss- **Date of Order denying**

12   **remand + 86 days**

13   The Case Management Conference is hereby CONTINUED to November 4, 2011.

14       DATED:  July  12 , 2011

15

16       UNITED STATES DISTRICT JUDGE

17   LEGAL02/32731624v1

18

19

20

21

22

23

24

25

26

27

28